# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: VINCI, JOHN L                         § Case No. 08-07746
       VINCI, CAROLINE                       §
                                             §
Debtors  VINCI, CLORYN                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID P. LEIBOWITZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| The Final Report shows receipts of | $ 5,001.18 |
| and approved disbursements of | $ 0.00 |
| leaving a balance of | $ 5,001.18 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DAVID P. LEIBOWITZ | $ 1,250.10 | $ 67.15 |
| Attorney for trustee | LEIBOWITZ LAW CENTER | $ 1,665.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 128,609.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation for GE Money Bank | $ 167.73 | $ 2.64 |
| 2 | Discover Bank/DFS Services LLC' | $ 6,052.08 | $ 95.01 |
| 3 | Jeffery Leving | $ 4,120.25 | $ 64.68 |
| 4 | CHASE BANK USA | $ 496.61 | $ 7.80 |
| 5 | CHASE BANK USA | $ 5,170.75 | $ 81.17 |
| 6 | CHASE BANK USA | $ 347.30 | $ 5.45 |
| 7 | Chase Bank USA,N.A | $ 1,309.79 | $ 20.56 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank | $ 844.87 | $ 13.26 |
| 9 | Sallie Mae | $ 9,312.04 | $ 146.18 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 10 | Us Dept Of Education | $ 45,367.84 | $ 712.19 |
| 12 | CHASE BANK USA | $ 16,637.20 | $ 261.17 |
| 13 | AES/DDB | $ 7,535.93 | $ 118.30 |
| 14 | PYOD LLC its successors and assigns as assignee of | $ 6,460.37 | $ 101.42 |
| 15 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 18,041.66 | $ 283.22 |
| 16 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 6,744.78 | $ 105.88 |

Late filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 17 | Sallie Mae | $ 16,427.69 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL 60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 09/23/2009 in Courtroom 744, United States Courthouse,
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  08/24/2009          By:  /s/DAVID P. LEIBOWITZ
                                                                                Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

Case 08-07746    Doc 49    Filed 08/25/09    Entered 08/28/09 00:19:40    Desc Imaged
                           Certificate of Service    Page 5 of 6

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mhenley                Page 1 of 2                 Date Rcvd: Aug 25, 2009
Case: 08-07746                 Form ID: pdf006              Total Noticed: 36
```

The following entities were noticed by first class mail on Aug 27, 2009.
```
db/jdb         +John L Vinci,    Caroline Vinci,    117 Samuel Ct,    Streamwood, IL 60107-2905
aty            +Diane Brazen Gordon,    Leibowitz Law Center,    420 West Clayton St,    Waukegan, IL 60085-4216
aty            +John P Carlin,    Chang & Carlin,    1305 Remmington Road; Suite C,    Schaumburg, IL 60173-4820
tr             +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
12464977       +AES/DDB,   PO BOX 8183,    HARRISBURG PA 17105-8183
12098512       +Acs/wachovia Bank,    501 Bleecker St,    Utica, NY 13501-2401
12098513       +Bank of America,    Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
12247426       +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
12098514       +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12098515       +Cbc/aes/educaid,    1200 N 7th St,    Harrisburg, PA 17102-1419
12098517       +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12098516       +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12276093        Chase Bank USA,N.A,    P O BOX 15145,    Wilmington, DE 19850-5145
12098518       +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
12098520       +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12098519       +Citibank,    Attention: Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12098521       +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12098523       +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
                 Grand Rapids, MI 49546-6210
12098524       +First National Bank Credit Card Center,    Attention:  Bankruptcy Department,
                 Po Box 3331  Stop Code 3105,    Omaha, NE 68103-0331
12098526       +Jeffery Leving,    19 South La Salle St,    Suite 450,    Chicago, IL 60603-1490
12098528        Novack and Macey LLP,    100 North Riverside Plaza,    Chicago, IL 60606-1501
12288857        PYOD LLC its successors and assigns as assignee of,     Citibank,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
12620120       +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Ave,    Wilkes-Barre, Pa 18706-1496
12340768       +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pennsylvania 18706-1496
12098529       +Sallie Mae 3rd Pty Lsc,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barre, PA 18773-9400
12098530       +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
12098531       +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
12098532       +World Savings & Loan,    4101 Wiseman Blvd,    Attn: Bankruptcy,    San Antonio, TX 78251-4201
```
The following entities were noticed by electronic transmission on Aug 26, 2009.
```
12578969       +E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2009 01:31:03     Capital Recovery One,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12213507        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 26 2009 01:35:28
                 Discover Bank/DFS Services LLC’,    PO Box 3025,    New Albany, OH   43054-3025
12098522       +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 26 2009 01:35:28     Discover Financial,
                 Attention:  Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12594494       +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
                 FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12098525       +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2009 01:29:53     GEMB / Walmart,
                 Attention:  Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
12098527       +E-mail/PDF: cr-bankruptcy@kohls.com Aug 26 2009 01:30:59     Kohls,    Attn:  Recovery,
                 Po Box 3120,    Milwaukee, WI 53201-3120
12578970        E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2009 01:31:03
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12210499       +E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2009 01:31:00
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                             TOTALS: 0, * 1
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: mhenley              Page 2 of 2           Date Rcvd: Aug 25, 2009
Case: 08-07746                 Form ID: pdf006            Total Noticed: 36

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2009**                    **Signature:**    *Joseph Speetjens*