**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: VINCI, JOHN L | § | Case No. 08-07746 |
| VINCI, CAROLINE | § | |
| | § | |
| Debtor(s) VINCI, CLORYN | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID P. LEIBOWITZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $482,960.00 | Assets Exempt: $202,925.00 |
| Total Distribution to Claimants: $2,019.33 | Claims Discharged Without Payment: $167,767.52 |
| Total Expenses of Administration: $2,982.25 | |

3) Total gross receipts of $ 5,001.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,001.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,982.25 | 2,982.25 | 2,982.25 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 139,801.00 | 149,157.14 | 135,724.85 | 2,019.33 |
| **TOTAL DISBURSEMENTS** | $139,801.00 | $152,139.39 | $138,707.10 | $5,001.58 |

4) This case was originally filed under Chapter 7 on March 31, 2008.
. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2009          By: /s/DAVID P. LEIBOWITZ
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Toyota Camary 88,000 miles | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 1.58 |
| **TOTAL GROSS RECEIPTS** | | **$5,001.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ | 2100-000 | N/A | 1,250.10 | 1,250.10 | 1,250.10 |
| DAVID P. LEIBOWITZ | 2200-000 | N/A | 67.15 | 67.15 | 67.15 |
| LEIBOWITZ LAW CENTER | 3110-000 | N/A | 1,665.00 | 1,665.00 | 1,665.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,982.25 | 2,982.25 | 2,982.25 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation for GE Money Bank | 7100-000 | 227.00 | 167.73 | 167.73 | 2.84 |
| Discover Bank/DFS Services LLC' | 7100-000 | 5,876.00 | 6,052.08 | 6,052.08 | 102.44 |
| Jeffery Leving | 7100-000 | 6,732.00 | 4,120.25 | 4,120.25 | 69.74 |
| CHASE BANK USA | 7100-000 | 308.00 | 496.61 | 496.61 | 8.41 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| CHASE BANK USA | 7100-000 | 5,170.00 | 5,170.75 | 5,170.75 | 87.52 |
| CHASE BANK USA | 7100-000 | N/A | 347.30 | 347.30 | 5.88 |
| Chase Bank USA,N.A | 7100-000 | 1,291.00 | 1,309.79 | 1,309.79 | 22.17 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 227.00 | 844.87 | 844.87 | 14.30 |
| Sallie Mae | 7100-000 | 9,178.00 | 9,312.04 | 0.00 | 0.00 |
| Us Dept Of Education | 7100-000 | 38,748.00 | 45,367.84 | 45,367.84 | 767.94 |
| Jeffery Leving | 7100-000 | N/A | 4,120.25 | 0.00 | 0.00 |
| CHASE BANK USA | 7100-000 | 12,367.00 | 16,637.20 | 16,637.20 | 281.62 |
| AES/DDB | 7100-000 | 4,815.00 | 7,535.93 | 7,535.93 | 127.56 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 7,300.00 | 6,460.37 | 6,460.37 | 109.35 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 13,500.00 | 18,041.66 | 18,041.66 | 305.39 |
| FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 6,744.78 | 6,744.78 | 114.17 |
| Sallie Mae | 7200-000 | N/A | 16,427.69 | 16,427.69 | 0.00 |
| First National Bank Credit Card Center | 7100-000 | 1,206.00 | N/A | N/A | 0.00 |
| Novack and Macey LLP | 7100-000 | 10,919.00 | N/A | N/A | 0.00 |
| CBC/aes/educaid | 7100-000 | 7,565.00 | N/A | N/A | 0.00 |
| Citibank USA | 7100-000 | 720.00 | N/A | N/A | 0.00 |
| Capital 1 Bank | 7100-000 | 6,826.00 | N/A | N/A | 0.00 |
| Capital 1 Bank | 7100-000 | 6,826.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 139,801.00 | 149,157.14 | 135,724.85 | 2,019.33 |

**UST Form 101-7-TDR (9/1/2009)**

**Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-07746  
Case Name: VINCI, JOHN L  
              VINCI, CAROLINE  
Period Ending: 12/29/09

Trustee: (330570) DAVID P. LEIBOWITZ  
Filed (f) or Converted (c): 03/31/08 (f)  
§341(a) Meeting Date: 04/29/08  
Claims Bar Date: 08/01/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 117 Samuel Ct. Schaumburg, | 260,000.00 | 16,468.00 | DA | 0.00 | FA |
| 2 | Chase Checking Account | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chase Savings Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous Household Goods | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5 | Clothes | 125.00 | 0.00 | DA | 0.00 | FA |
| 6 | Term Life Insurance through Genworth | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Roth IRA | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401K | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401k | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 Toyota Rapfour | 23,345.00 | 23,345.00 | DA | 0.00 | FA |
| 11 | 2002 Toyota Camary 88,000 miles | 11,400.00 | 4,100.00 | | 5,000.00 | FA |
| 12 | 2001 Toyota Corolla 95,000 miles | 6,990.00 | 2,990.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.58 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $494,360.00 | $47,903.00 | | $5,001.58 | $0.00 |

**Major Activities Affecting Case Closing:**

    check claims and prepare TFR 07/31/09

    6/10/2008(ajf): Atty Carlin called, Vinci will be sending first payment of $1500.00 by the end of next week.  
    No payments received, DPL to follow up 12.31.08  
    Followed up on payment for cars 01/21/09 DPL  
    Claim analysis done by DPL 4/21/09- Proposed Dist. Report created waiting on claim no. 11 to be withdrawn- mig  
    Draft motion to object to claim No. 11 04/29/09- mig  
    a suplement dist to be made per TOM 10/29/09 mig

    Collect Balance on Car equity 02/01/09DPL

Initial Projected Date Of Final Report (TFR):    May 22, 2009        Current Projected Date Of Final Report (TFR):    August 24, 2009  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-07746 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | VINCI, JOHN L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VINCI, CAROLINE | | Account: | ***-*****83-65 - Money Market Account |
| Taxpayer ID #: | 54-6814881 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/29/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/03/09 | {11} | John L Vinci Jr. | | 1129-000 | 5,000.00 | | 5,000.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 5,000.16 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.37 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.57 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,000.76 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.97 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,001.18 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,001.39 |
| 09/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.19 | | 5,001.58 |
| 09/29/09 | | To Account #********8366 | In preparation of distribution | 9999-000 | | 5,001.58 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,001.58 | 5,001.58 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,001.58 | |
| | | | Subtotal | | 5,001.58 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,001.58 | $0.00 | |

{} Asset reference(s)

Printed: 12/29/2009 11:51 PM    V.11.54

Case 08-07746    Doc 53    Filed 01/15/10    Entered 01/15/10 15:29:23    Desc Main
Document      Page 8 of 10                                                   Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 08-07746  
Case Name: VINCI, JOHN L  
VINCI, CAROLINE  
Taxpayer ID #: 54-6814881  
Period Ending: 12/29/09

Trustee: DAVID P. LEIBOWITZ (330570)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: \*\*\*-\*\*\*\*\*83-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/09 | | From Account #\*\*\*\*\*\*\*\*8365 | In preparation of distribution | 9999-000 | 5,001.58 | | 5,001.58 |
| 09/29/09 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $67.15, Trustee Expenses; Reference: | 2200-000 | | 67.15 | 4,934.43 |
| 09/29/09 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,250.10, Trustee Compensation; Reference: | 2100-000 | | 1,250.10 | 3,684.33 |
| 09/29/09 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $1,665.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,665.00 | 2,019.33 |
| 09/29/09 | 104 | Recovery Management Systems Corporation for GE Money Bank | Dividend paid 1.57% on $167.73; Claim# 1; Filed: $167.73; Reference: | 7100-000 | | 2.63 | 2,016.70 |
| 09/29/09 | 105 | Discover Bank/DFS Services LLC' | Dividend paid 1.57% on $6,052.08; Claim# 2; Filed: $6,052.08; Reference: | 7100-000 | | 95.03 | 1,921.67 |
| 09/29/09 | 106 | Jeffery Leving | Dividend paid 1.57% on $4,120.25; Claim# 3; Filed: $4,120.25; Reference: | 7100-000 | | 64.69 | 1,856.98 |
| 09/29/09 | 107 | CHASE BANK USA | Dividend paid 1.57% on $496.61; Claim# 4; Filed: $496.61; Reference: | 7100-000 | | 7.80 | 1,849.18 |
| 09/29/09 | 108 | CHASE BANK USA | Dividend paid 1.57% on $5,170.75; Claim# 5; Filed: $5,170.75; Reference: | 7100-000 | | 81.19 | 1,767.99 |
| 09/29/09 | 109 | CHASE BANK USA | Dividend paid 1.57% on $347.30; Claim# 6; Filed: $347.30; Reference: | 7100-000 | | 5.45 | 1,762.54 |
| 09/29/09 | 110 | Chase Bank USA,N.A | Dividend paid 1.57% on $1,309.79; Claim# 7; Filed: $1,309.79; Reference: | 7100-000 | | 20.57 | 1,741.97 |
| 09/29/09 | 111 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 1.57% on $844.87; Claim# 8; Filed: $844.87; Reference: | 7100-000 | | 13.27 | 1,728.70 |
| 09/29/09 | 112 | Sallie Mae | Dividend paid 1.57% on $9,312.04; Claim# 9; Filed: $9,312.04; Reference: | 7100-000 | | 146.21 | 1,582.49 |
| 09/29/09 | 113 | Us Dept Of Education | Dividend paid 1.57% on $45,367.84; Claim# 10; Filed: $45,367.84; Reference: | 7100-000 | | 712.33 | 870.16 |
| 09/29/09 | 114 | CHASE BANK USA | Dividend paid 1.57% on $16,637.20; Claim# 12; Filed: $16,637.20; Reference: | 7100-000 | | 261.22 | 608.94 |
| 09/29/09 | 115 | AES/DDB | Dividend paid 1.57% on $7,535.93; Claim# 13; Filed: $7,535.93; Reference: | 7100-000 | | 118.32 | 490.62 |
| 09/29/09 | 116 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.57% on $6,460.37; Claim# 14; Filed: $6,460.37; Reference: | 7100-000 | | 101.44 | 389.18 |
| 09/29/09 | 117 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 1.57% on $18,041.66; Claim# 15; Filed: $18,041.66; Reference: | 7100-000 | | 283.28 | 105.90 |
| 09/29/09 | 118 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 1.57% on $6,744.78; Claim# 16; Filed: $6,744.78; Reference: | 7100-000 | | 105.90 | 0.00 |
| 11/02/09 | | SallieMae | Dist. Refund | 7100-000 | | -146.21 | 146.21 |
| 11/11/09 | 119 | Discover Bank/DFS Services LLC' | Dividend paid 1.69% on $6,052.08; Claim# 2; Filed: $6,052.08; Reference: | 7100-000 | | 7.41 | 138.80 |
| 11/11/09 | 120 | Jeffery Leving | Dividend paid 1.69% on $4,120.25; Claim# 3; | 7100-000 | | 5.05 | 133.75 |
| | | | Subtotals : | | $5,001.58 | $4,867.83 | |

{} Asset reference(s)                                                                                        Printed: 12/29/2009 11:51 PM    V.11.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-07746 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | VINCI, JOHN L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VINCI, CAROLINE | | Account: | ***-*****83-66 - Checking Account |
| Taxpayer ID #: | 54-6814881 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/29/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $4,120.25; Reference: | | | | |
| 11/11/09 | 121 | CHASE BANK USA | Dividend paid  1.69% on $5,170.75; Claim# 5; Filed: $5,170.75; Reference: | 7100-000 | | 6.33 | 127.42 |
| 11/11/09 | 122 | Us Dept Of Education | Dividend paid  1.69% on $45,367.84; Claim# 10; Filed: $45,367.84; Reference: | 7100-000 | | 55.61 | 71.81 |
| 11/11/09 | 123 | CHASE BANK USA | Dividend paid  1.69% on $16,637.20; Claim# 12; Filed: $16,637.20; Reference: | 7100-000 | | 20.40 | 51.41 |
| 11/11/09 | 124 | AES/DDB | Dividend paid  1.69% on $7,535.93; Claim# 13; Filed: $7,535.93; Reference: | 7100-000 | | 9.24 | 42.17 |
| 11/11/09 | 125 | PYOD LLC its successors and assigns as assignee of | Dividend paid  1.69% on $6,460.37; Claim# 14; Filed: $6,460.37; Reference: | 7100-000 | | 7.91 | 34.26 |
| 11/11/09 | 126 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid  1.69% on $18,041.66; Claim# 15; Filed: $18,041.66; Reference: | 7100-000 | | 22.11 | 12.15 |
| 11/11/09 | 127 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid  1.69% on $6,744.78; Claim# 16; Filed: $6,744.78; Reference: | 7100-000 | | 8.27 | 3.88 |
| 11/11/09 | 128 | Clerk, U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 3.88 | 0.00 |
| | | | Dividend paid  1.69% on   0.21 $167.73;  Claim# 1; Filed: $167.73 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.69% on   0.61 $496.61;  Claim# 4; Filed: $496.61 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.69% on   0.43 $347.30;  Claim# 6; Filed: $347.30 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.69% on   1.60 $1,309.79;  Claim# 7; Filed: $1,309.79 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.69% on   1.03 $844.87;  Claim# 8; Filed: $844.87 | 7100-000 | | | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,001.58 | 5,001.58 | $0.00 |
| | | | Less: Bank Transfers | | 5,001.58 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,001.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,001.58** | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-07746 | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | VINCI, JOHN L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | VINCI, CAROLINE | Account: | ***-*****83-66 - Checking Account |
| Taxpayer ID #: | 54-6814881 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/29/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****83-65 | 5,001.58 | 0.00 | 0.00 |
| Checking # ***-*****83-66 | 0.00 | 5,001.58 | 0.00 |
|  | $5,001.58 | $5,001.58 | $0.00 |

{} Asset reference(s)

Printed: 12/29/2009 11:51 PM    V.11.54